AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

KOU VANG,

     Petitioner,          JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:07-cv-00078-BES-VPC**

DON HELLING, et al.,

     Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED as successive.

  January 30, 2008                                   **LANCE S. WILSON**
                                                                        Clerk

                                                                  /s/ Kalani Lizares
                                                                   Deputy Clerk